UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                :
USA,                                     :
                                       :
      -v-                      :        23-CR-99-2 (LJL)
                                       :
DEVON MASON,                  :
                                     :        <u>ORDER</u>
                   Defendant.   :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The document filed at Dkt. No. 93 was received by the Court's Criminal Docketing Unit. Except for a motion or an application by a defendant to proceed pro se or seeking appointment of new counsel, a defendant represented by counsel in a criminal case has no right to file or submit any pro se letter, motion, or brief. The document does not appear to be seeking to proceed pro se or seeking the appointment of new counsel. "Parties should, of course, discuss potential arguments with their lawyers, but it is the lawyer, not the party, who is best placed to decide which arguments to make, and how to make them." United States v. Hage, 74 F.4th 90, 94 (2d Cir. 2023). In addition to "muddying the waters," a defendant who files papers pro se while also being represented by counsel "risks hurting himself." Id. at 94. Accordingly, the Court files the document on the public docket to make it available to all parties including Mr. Mason's counsel for his consideration, but the Court will not otherwise consider it.

       SO ORDERED.

Dated: March 8, 2024
       New York, New York

                                                            LEWIS J. LIMAN
                                                            United States District Judge