
# Law Offices of
# Raymond Elvis Gazer
## 172 East 161st Street
## Bronx, New York 10451
## (917)848-0527· REGazer@gmail.com

Raymond Elvis Gazer, Esq.

November 5th, 2024

<u>*Via Electronic Court Filing*</u>
Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> REQUEST GRANTED.
> The Sentencing hearing previously set for November 21, 2024 is RESCHEDULED to January 13, 2025 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 11/7/2024  SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

    Re:  United States of America versus Devon Mason
           23-Cr.-00099 (LJL)

Your Honor,

    I write on behalf of my client, Devon Mason, to respectfully request a sixty day adjournment of his sentencing, which is currently scheduled for November 21st, 2024, and make a concomitant request to adjourn the deadlines for the parties' sentencing submissions.  We have just received the preliminary presentence report and are not yet in receipt of the final version, and I anticipate needing additional time in order to adequately prepare for Mr. Mason's sentence.  I am currently engaged in a trial in State Supreme Court and, given my upcoming schedule and the impending holidays, sixty days appears to be the realistic amount of time needed.

    The Government has no objection to this request.  Should the Court have any questions or concerns, I would be happy to address them.  I thank you for your consideration of this matter.

                                        Respectfully submitted,


                                        *Raymond Elvis Gazer*
                                        Raymond Elvis Gazer, Esq.

Case 1:23-cr-00099-LJL    Document 155    Filed 11/03/24    Page 2 of 2