# Law Offices of
# Raymond Elvis Gazer
## 172 East 161st Street
## Bronx, New York 10451
## (917)848-0527· REGazer@gmail.com

Raymond Elvis Gazer, Esq.

---

December 23, 2024

*Via Electronic Court Filing*
Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **REQUEST GRANTED.**
> The Sentencing hearing previously set for January 13, 2025 is rescheduled to February 25, 2025 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse. The deadlines for the parties' sentencing submissions are respectively adjourned in accordance with the new sentencing date.
>
> 12/26/2024
> SO ORDERED.
> *[signed] LEWIS J. LIMAN*
> United States District Judge

Re: United States of America versus Devon Mason
    23-Cr.-00099 (LJL)

Your Honor,

    I write on behalf of my client, Devon Mason, to respectfully request an approximate one month adjournment of his sentencing, which is currently scheduled for January 13th, 2025, and make a concomitant request to adjourn the deadlines for the parties' sentencing submissions. We only just received the final presentence report on the evening of December 20th, and, unfortunately, I cannot adequately prepare for Mr. Mason's sentencing based on the current timeframe which, for instance, requires my sentencing submission to be submitted on December 30th.

    The Government has no objection to this request. Should the Court have any questions or concerns, I would be happy to address them. I thank you for your consideration of this matter.

                                                    Respectfully submitted,

                                                    *[signed] Raymond Elvis Gazer*
                                                    Raymond Elvis Gazer, Esq.